IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

CIVIL ACTION NO. MDL 875

E.D.P.A. Civil Action No. 2:06 cv 68550

Betty Ann Gesser, Individually and
As Personal Representative of the Estate
of Morris E. Gesser,

    Plaintiff,

v.

Airco, et al.,

    Defendants.

In Re: E.D.N.C: 7:05 cv 47-F(3)

FILED
SEP 28 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER OF DISMISSAL OF DEFENDANT WEIL MCLAIN.

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the captioned Plaintiff's claims only against the Defendant Weil McLain.

For cause shown, **IT IS, THEREFORE, ORDERED** that the claims of Plaintiff Betty Ann Gesser against the Defendant Weil McLain, are hereby **DISMISSED WITH PREJUDICE.**

Signed: 9/18/09

United States District Judge
Eduardo C. Robreno

Page 1 of 2

| Prepared and Submitted By: | Consented to By: |
|---|---|
| Attorney for Defendant Weil McLain | Attorney for Plaintiff |
| s/ Frank J. Gordon<br>Frank J. Gordon<br>NC Bar No. 15871<br>Millberg, Gordon & Stewart, PLLC<br>1101 Haynes Street, Suite 104<br>Raleigh, NC 27604<br>Telephone:  919-836-0090<br>Facsimile:  919-836-8027<br>Email:  fgordon@mgsattorneys.com | s/ Janet Ward Black<br>Janet Ward Black, Esq.<br>N.C. Bar No. 12869<br>Ward Black Law<br>208 West Wendover Avenue<br>Greensboro, NC 27401<br>Telephone: 336-273-3812<br>Facsimile: 336-379-9415<br>E-mail: jwblack@wardblacklaw.com |